UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE DISTRICT COUNCIL NO.9
PAINTING INDUSTRY INSURANCE FUND;
TRUSTEES OF THE DISTRICT COUNCIL NO. 9
PAINTING INDUSTRY ANNUITY FUND; and
DISTRICT COUNCIL NO. 9 INTERNATIONAL
UNION OF PAINTERS AND ALLIED TRADES,
A.F.L.-C.I.O.,

                                Petitioners,

                    -v.-

Adel-Fia Contracting Corp.,

                                Respondent.

26 Civ. 1660 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On February 27, 2026, Petitioners filed a petition to confirm an arbitration award. (Dkt. # 1). Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc.* v. *Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall move for confirmation of the arbitral award in the form of a motion for summary judgment — in accordance with Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1 of the Southern District of New York — by **April 3, 2026**. Respondent's opposition, if any, is due on **May 1, 2026**. Petitioners' reply, if any, is due **May 15, 2026.**

SO ORDERED.

Dated:    March 3, 2026
          New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge