**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

TRUSTEES OF THE DISTRICT COUNCIL NO.9 PAINTING INDUSTRY INSURANCE FUND; TRUSTEES OF THE DISTRICT COUNCIL NO. 9 PAINTING INDUSTRY ANNUITY FUND; and DISTRICT COUNCIL NO. 9 INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, A.F.L.-C.I.O.,

Petitioners,

-against-

ADEL-FIA CONTRACTING CORP.,

Respondent.

-------------------------------------------------------------X

26 **CIVIL** 1660 (KPF)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 24, 2026, Petitioners' motion for summary judgment is GRANTED as follows: judgment is entered in favor of Petitioners, and Respondent shall pay: (i) $2,819.25 in wages to Edward LeCount, and $3,030.30 in benefits to the PIIAF; and (ii) $2,100.00 in attorneys' fees and $195.20 in court costs. Post-judgment interest will accrue at the statutory rate pursuant to 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated:** New York, New York

October 27, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**